UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FAIR OAKS FARM, GAYLORD MILLARD, d/b/a MILLARD DAIRY, and THE PENNSYLVANIA ASSOCIATION OF MILK DEALERS, <br> Plaintiffs, <br><br> v. <br><br> RICHARD KRIEBEL, LUKE BRUBAKER, and BARBARA GRUMBINE, in their official capacities as Chairman and members, respectively, of the PA Milk Marketing Board, <br> Defendants. | No. 10-cv-01591 <br><br> Judge Caldwell <br><br> [Filed Electronically] |

## ENTRY OF APPEARANCE

**TO THE CLERK OF COURT:**

     Please enter my appearance as additional counsel of record for plaintiffs in the above matter.

                                              Respectfully submitted,

August 2, 2010                       /s/ David R. Overstreet
                                                David R. Overstreet
                                                K&L GATES LLP
                                                17 North Second Street, 18th Floor
                                                Harrisburg, PA 17101
                                                (717) 231-4500 phone
                                                (717) 231-4501 fax
                                                david.overstreet@klgate.com
                                                PA68950
                                                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I certify that on August 2, 2010, I electronically filed the foregoing document with the Court's ECF system and that I served a copy of the document upon the following by depositing in the U.S. Mail, postage prepaid, addressed as follows:

Richard Kriebel, Chairman
PA Milk Marketing Board
2301 North Cameron Street
Harrisburg, PA  17110-9405

Luke Brubuaker, Member
PA Milk Marketing Board
2301 North Cameron Street
Harrisburg, PA  17110-9405

Barbara Grumbine, Member
PA Milk Marketing Board
2301 North Cameron Street
Harrisburg, PA  17110-9405

/s/ David R. Overstreet
David R. Overstreet